In the Matter of the Estate of FRANK A. SMITH, Deceased. FRANCIS P. LOWNEY, as Administrator C.T.A. of the Estate of FRANK A. SMITH, Deceased, Respondent; DORIS E. LOWEREE et al., Appellants.—In a probate proceeding, the appeal is from a decree of the Surrogate's Court, Queens County; dated April 4, 1975, which, after a nonjury trial, *inter alia,* (1) dispensed with the taking of the testimony of one of the attesting witnesses to the will and (2) admitted the will to probate. Decree reversed, with costs payable to both parties out of the estate, and proceeding remanded to the Surrogate's Court for further proceedings in accordance herewith. The papers and evidence submitted in this proceeding did not satisfactorily establish that, due to physical and mental incapacity, Myra Smith's testimony could not be "obtained with reasonable diligence" (see SCPA 1405, subds 1, 2). Accordingly, a hearing is required to determine if there are sufficient grounds upon which to dispense with the taking of the said witness's testimony by commission. Martuscello, Acting P. J., Latham, Cohalan, Damiani and Titone, JJ., concur.

In the Matter of BARBARA STOKES, Appellant, v ABE LAVINE, as Commissioner of the New York State Department of Social Services, et al., Respondents.—In a proceeding pursuant to CPLR article 78 to annul a determination of the respondent State Commissioner of Social Services, dated January 6, 1975, which, after a statutory fair hearing, affirmed a determination of the respondent Dutchess County Commissioner of Social Services, which denied petitioner's application for a grant of assistance for moving and storage expenses, she appeals from a judgment of the Supreme Court, Westchester County, entered June 23, 1975, which dismissed the petition. Judgment affirmed, without costs or disbursements. In our opinion, the State Commissioner's determination is supported by substantial evidence. Latham, Acting P. J., Damiani, Christ, Shapiro and Titone, JJ., concur.

In the Matter of the TRUSTEES OF STATE UNIVERSITY OF NEW YORK, Respondent, v MAX HERMALIN et al., Appellants.—Order of the Appellate Term of the Supreme Court for the Second and Eleventh Judicial Districts, dated March 28, 1974, which affirmed three judgments (one as to each appellant) of the Civil Court of the City of New York, Kings County, all dated June 25, 1973, affirmed, without costs or disbursements. The termination of appellants' occupancy of the subject premises, insofar as challenged, was in accordance with the provisions of section 307 of the Education Law. Hopkins, Acting P. J., Damiani, Christ and Hawkins, JJ., concur. [77 Misc 2d 999.]